■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICHARD R. FARMER, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from judgment of Seneca County Court, Dugan, J.—attempted rape, first degree; sodomy, first degree.) Present—Dillon, P. J., Callahan, Boomer, Balio and Davis, JJ.

■ In the Matter of LEWIS VAN HORN, Appellant, v HAROLD J. SMITH, as Superintendent of Attica Correctional Facility, Respondent.—Judgment unanimously reversed on the law and petition granted, in accordance with same memorandum as in *Matter of Bradley v Smith* (143 AD2d 536 [decided herewith]). We add only that it is unnecessary to reach the issue whether petitioner failed to exhaust his administrative remedies (Appeal from judgment of Supreme Court, Wyoming County, Dadd, J.—art 78.) Present—Dillon, P. J., Callahan, Boomer, Balio and Davis, JJ.